JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SMITH, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:06-cv-5896 R(JCx) |
| Plaintiff, | **ORDER GRANTING PARTIES' STIPULATION OF DISMISSAL** |
| v. | |
| SPRINT NEXTEL CORPORATION, et al., | |
| Defendants. | |

Having considered the parties' Stipulation of Dismissal, and good cause having been shown therefore, the Court hereby approves said stipulation and orders

1.     That this matter be dismissed with prejudice as to all defendants.

DATED:     June 8, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

502446386

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES